# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thurman, William T. | U.S. Bankruptcy Court | 05/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

350 South Main Street, Rm 358
Salt Lake City, Utah 84101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Utah Bankruptcy Lawyers Forum |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Jan. 24, 25, 26 2013 | Denver, Colorado | Speak at seminar | meals, lodging, travel expense and tuition waiver |
| 2. | Norton Institute on Bankruptcy Law | Feb. 24 and 25, 2013 | Park City, Utah | Speak at seminar | meals, lodging and tuition waiver |
| 3. | National Conference of Bankruptcy Judges | April 7. 8 and 9 2013 | Phoenix, Az | Committee Chair; Mid year meeting | meals, lodging, travel expense. |
| 4. | George Mason University | March 11-15 2013 | Los Angeles, Ca | Participate in judges seminar | meals, transportation, lodging, tuition waiver |
| 5. | Federal Bar Association of Utah | May 10, 2013 | St. George, Utah | Speak at seminar | tuition, meals |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | National Conference of Bankruptcy Judges | April 23, 24 and 25 2013 | Washington, D.C. | Visit selected members of Congress regarding duties as chair of NCBJ lesiglative comm | meals, lodging, travel expense |
| 7. | National Conference of Bankruptcy Judges | September 17, 18 and 19, 2013 | Washington, D.C. | Participate in Congressional Reception with officers of the FJA and the MJA | meals. lodging, travel expenses |
| 8. | Federal Bar Association of Utah | September 20 and 21, 2013 | Park City, Utah | Speak at seminar | meals, lodging |
| 9. | National Conference of Bankruptcy Judges | October 29-Nov. 2, 2013 | Atlanta, Ga | Attend Annual Meeting; Committee Chair | meals, lodging, travel expense |
| 10. | Federal Bar Association of Utah | October 25, 2013 | Salt Lake City, Utah | Participate in Annual Dinner and seminar | meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings, checking Accnts | | | | | | | | | |
| 2. ---Mountain America Credit Union | D | Interest | J | T | | | | | |
| 3. ---Zions First National Bank checking and savings | D | Interest | K | T | Distributed (part) | 07/09/13 | M | A | |
| 4. | | | | | | | | | |
| 5. Broker #1 Account | | | | | | | | | |
| 6. ---Eaton Vance Tx Mngd Value C Fund | A | Int./Div. | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. New England Life (funds held for filer as cash values) | | | | | | | | | |
| 9. ---BlackRock Bnd Inc. Prt fund | A | Dividend | J | T | | | | | |
| 10. ---BR Money Market Fund | A | Dividend | J | T | | | | | |
| 11. ---MetLife Stock Index Fund | A | Dividend | J | T | | | | | |
| 12. ---FI Val Leaders Fund | A | Dividend | | | Sold | 07/10/13 | J | A | |
| 13. ---MFS Value Portfolio Fund | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 14. ---L/S Small Cap Fund | A | Dividend | J | T | | | | | |
| 15. ---Baillie Intn'l Stock fund | A | Dividend | J | T | | | | | |
| 16. ---Davis Venture Value Fund | A | Dividend | J | T | | | | | |
| 17. ---Jenison Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. IRA (Same Broker as #1) | | | | | | | | | |
| 20. ---DA Davidson Money Market Fund | A | Int./Div. | J | T | | | | | |
| 21. ---Davis NY Venture Value Cl C Fund. | A | Dividend | J | T | | | | | |
| 22. ---Franklin Rising Dividends Cl C Fund | A | Dividend | J | T | | | | | |
| 23. ---Thornburg Inv. Inc Builder Class C Fund | A | Dividend | J | T | | | | | |
| 24. ---Capital Inc. Builder Class C fund | A | Dividend | J | T | | | | | |
| 25. ---Growth Fund of Am Cl C Fund. | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. 401(K) Broker #4 Account; see part VIII | | | | | | | | | |
| 28. ---Dodge & Cox Income Fund | A | Int./Div. | | | Sold | 09/30/13 | K | A | |
| 29. ---Dodge & Cox Stock Fund | A | Dividend | | | Sold | 09/30/13 | J | A | |
| 30. ---Riversource Trust Stable Cap II Fund | A | Dividend | | | Sold | 09/30/13 | K | A | |
| 31. ---Royce Low priced Stock Fund | A | Dividend | | | Sold | 06/27/13 | J | A | |
| 32. ---Prudential Jennison Growth Fund | A | Dividend | | | Sold | 09/30/13 | J | A | |
| 33. ---American Funds EuorPacific Growth Fund Class A | A | Dividend | | | Sold | 09/30/13 | K | A | |
| 34. ---Victory Established Value Fund 1 | A | Dividend | | | Sold | 09/30/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Columbia Mid Cap Growth Fund | A | Dividend | | | Sold | 09/30/13 | J | A | |
| 36. ---Brown Capital Mgt. small Cap. Fund | A | Dividend | | | Sold | 09/30/13 | J | A | |
| 37. ---American Century One Choice 2015 Insti Fund (see Part VIII) | B | Dividend | M | T | Buy | 10/18/13 | | | |
| 38. | | | | | | | | | |
| 39. Utah Educational Savings Plan, Age Based Gr; see Part VIII | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. Broker #3 Account | | | | | | | | | |
| 42. ---Fidelity Focused Stock Fund | A | Int./Div. | K | T | Buy | 05/08/13 | K | | |
| 43. ---Janus Balanced Fund Cl T | A | Int./Div. | K | T | Buy | 05/08/13 | K | | |
| 44. ---Vangard Intermed Trm Invst Gr invest | A | Int./Div. | | | Buy | 05/08/13 | K | | |
| 45. ---Vangard Intermed Trm Invst Gr Invest | A | Int./Div. | | | Sold | 08/30/13 | K | | |
| 46. ---United Comm Bk Sr Nt 6% | A | Int./Div. | J | T | Buy | 08/12/13 | J | | |
| 47. ---Zions Bancorp. Mtn. 3.6% note | A | Int./Div. | K | T | Buy | 09/04/13 | K | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#27 Part VII. Broker #2 as listed in the 2012 report transferred control over this account and others to broker #4 on October 16, 2013 as part of a transfer by _____ former employer of all retirement accounts for its employees or retirees.

#37 Part VII. The filer had incorrectly interpreted information from Broker #4 when the first Report was filed within the last few weeks as the reports issued were not clear. Upon further review and investigation, the filer is informed that Broker #2 may have liquidated all accounts listed on lines 27 through 36, and then transferred the liquidated amount to Broker #4. Alternatively, all of the funds listed on lines 27 through 36 may have been transferred to Broker #4 and Broker #4 then liquidated them while in the 401(k) plan and then purchased on behalf of filer's _____ the mutual fund listed on line 37.

#38 Part VII. The full name of this fund is the Utah Educational Savings Plan, Age-Based Aggressive Growth (529 Plan). Five separate Funds are maintained for five separate _____ under the filer's _____ names. Monthly contributions are made.

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Thurman, William T.

Date of Report

05/09/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William T. Thurman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544